**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**David WARREN, Defendant–Appellant.**

**No. 10–30875**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2010.

---

Julian R. Murray, Jr., Michael H. Ellis, Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P., Metairie, LA, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

David Warren appeals from the order of the district court denying his motion to revoke the magistrate judge's denial of release pending trial. The denial of release pending trial is supported by the evidence of record and the district court's order was not an abuse of discretion. *See United States v. Rueben,* 974 F.2d 580, 586 (5th Cir.1992).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.